**FILED**

NOV 17 2016

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DANIEL C. CHUDY, <br><br> Defendant. | CR 05–16–H–CCL <br><br><br> ORDER |

IT IS HEREBY ORDERED that Defendant's 2016 Risk Assessment Panel Report, cover letter, and recommendation shall be filed under seal. The Clerk shall provide hard copies of the report, cover letter, and recommendation to counsel for Defendant and the government.

Done and dated this 15th day of November, 2016.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE