IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

FILED
NOV 20 2018
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05–16–H–CCL |
| Plaintiff, | |
| vs. | ORDER |
| DANIEL C. CHUDY, | |
| Defendant. | |

IT IS HEREBY ORDERED that Defendant's 2018 Risk Assessment Panel Report, cover letter, and recommendation shall be filed under seal. The Clerk shall provide hard copies of the report, cover letter, and recommendation to counsel for Defendant and the government.

Done and dated this 19th day of November, 2018.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE