IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 05–16–H–CCL |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| DANIEL C. CHUDY, | |
| Defendant. | |

IT IS HEREBY ORDERED that Defendant's 2019 Risk Assessment Panel Report, cover letter, and recommendation shall be filed under seal. The Clerk shall provide hard copies of the report, cover letter, and recommendation to counsel for Defendant and the government.

Done and dated this 27th day of December, 2019.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE

FILED 12/27/2019
Clerk, U.S. District Court
District of Montana
Helena Division