IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL C. CHUDY,<br><br>Defendant. | CR 05–16–H–CCL<br><br><br>ORDER |

The Court is in receipt of Warden Boncher's September 15, 2020, letter advising the Court of potential release conditions on behalf of Mr. Chudy. The Clerk shall provide hard copies of the letter and attached letter of acceptance of Supervision and Placement to counsel for Defendant and the government.

Done and dated this 21st day of September, 2020.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE